# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO.  4:07CR00190-01   SWW |
| | * | |
| MICHAEL HOGUE | * | |

## ORDER

On October 23, 2020, the Court held a hearing on the United States' motion [ECF No. 27] to revoke the supervised release previously granted Defendant. Defendant was present via video from the Sheridan Detention Center. Also present was Defendant's attorney, Crystal J. Okoro. Assistant United States Attorney John Ray White was present for the government. Based on the testimony of witnesses and statements of counsel, the Court found that Defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the United States' motion to revoke supervised release [ECF No. 27] is **GRANTED**, and the supervised release previously granted this defendant is hereby **REVOKED**.

IT IS FURTHER ORDERED that Defendant shall serve a ***term of imprisonment of FOURTEEN (14) MONTHS*** in the custody of the Bureau of Prisons.  The Court recommends that Defendant receive mental health counseling,

with an emphasis on anger management, and participate in non-residential substance abuse treatment during his incarceration.

There will be ***TWO (2) YEARS of supervised release*** following the term of incarceration. All general and standard conditions of supervised release previously imposed remain in full force and effect and shall include the following special conditions:

      1. Defendant must participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program. The defendant must abstain from the use of alcohol throughout the course of supervision. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office.

      2. The defendant must participate, under the guidance and supervision of the U.S. Probation Office, in a mental health treatment program, with an emphasis on anger management. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office.

The defendant is remanded to the custody of the United States Marshal Service.

IT IS SO ORDERED THIS 23RD DAY OF OCTOBER, 2020.

                                     /s/Susan Webber Wright  
                                     UNITED STATES DISTRICT JUDGE