# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO. 4:07CR00190-01  SWW |
| | * | |
| MICHAEL HOGUE | * | |

## ORDER

On March 10, 2023, the Court held a hearing on the United States' motion (*Doc. 49*) to revoke the supervised release previously granted Defendant Michael Hogue. Defendant Hogue was present with his appointed attorney, Crystal J. Okoro, and Assistant United States Attorney John Ray White was present for the Government.

Defendant Hogue admitted violation numbers 2, 3, and 4 set forth in the violation memorandum, all Grade C violations. As for violation number 1, concerning a state charge for aggravated assault, Defendant Hogue acknowledged that he had pleaded guilty to misdemeanor domestic battery, and he presented mitigating evidence regarding the facts and circumstances underlying that conviction.

For reasons stated on the record at the conclusion of the hearing, the Court found that as to violation number 1, the evidence supported a Grade C violation of supervised release.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted Defendant Michael Hogue is **REVOKED**, and the Government's motion (*Doc. 49*) is GRANTED as provide in this order.

IT IS FURTHER ORDERED that Defendant Michael Hogue shall serve a term of imprisonment of **TWELVE (12)  MONTHS and ONE (1) DAY** in the custody of the Bureau of Prisons, with *no supervised release to follow*.

DATED this 15th day of March, 2023.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE